# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALICIA M. COLEY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **CIVIL ACTION NUMBER:** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) **3:16-cv-00589-BAJ-RLB** ) ) |
| **Defendant.** | ) ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Alicia M. Coley ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") and hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Defendant in the above-styled case. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Dated this 23rd day of May, 2017.

/s/Reagan L. Toledano
Reagan L. Toledano (La. 29687)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
504.582.1286
rtoledano@willefordlaw.com

*Attorney for Plaintiff*

/s/Blake B. Goodsell
Blake B. Goodsell (La. 33156)
Jason A. Walters (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
205.521.8000
bgoodsell@bradley.com
jwalters@bradley.com

*Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 23, 2017 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

  Reagan L. Toledano (LA. 29687)
  James F. Willeford (LA. 13485)
  WILLEFORD & TOLEDANO
  201 St. Charles Avenue, Suite 4208
  New Orleans, Louisiana 70170
  Phone: (504) 582-1286
  Fax: (313) 692-5927
  rtoledano@willefordlaw.com
  jimwilleford@willefordlaw.com

  *Attorneys for the Plaintiff*

                */s/Blake B. Goodsell*
                Blake B. Goodsell