UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA M. COLEY | CIVIL ACTION |
| VERSUS | |
| THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY | NO.: 16-00589-BAJ-RLB |

### ORDER

Considering the **Joint Stipulation of Dismissal (Doc. 13)** filed by Alicia M. Coley ("Plaintiff") and The Lincoln National Life Insurance Company ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, and DECREED** that all claims of Plaintiff against Defendant in the above-referenced action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, attorneys' fees and expenses.

Baton Rouge, Louisiana, this 24th day of May, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY